## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EAGLE PHARMACEUTICALS, INC.,

    *Plaintiff*,

 v.

ALEX M. AZAR II in his official capacity as
Secretary of Health and Human Services
*et al.*,

    *Defendants*.

Civil Action No. 16-790 (TJK)

### ORDER

   For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 19) is **GRANTED**, and

that Defendants' Cross-Motion for Summary Judgment (ECF No. 27) is **DENIED**.  Defendants'

decision denying orphan-drug exclusivity for Bendeka is hereby **VACATED**.  Defendants shall

recognize orphan-drug exclusivity for Bendeka pursuant to 21 U.S.C. § 360cc(a) (2012), without

requiring proof of clinical superiority or imposing any additional conditions on Plaintiff, for a

period of seven years from the date on which Bendeka was approved for marketing.

   This is a final, appealable Order.  The Clerk of Court is directed to close the case.

  **SO ORDERED.**

         /s/ Timothy J. Kelly
         TIMOTHY J. KELLY
         United States District Judge

Date: June 8, 2018